**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KARL STEBBINS, as Personal Representative**
**of the Estate of ELIZABETH STEBBINS,**
**Deceased,,**

    **Plaintiff,**

v.                                                                    Case No.  8:04-cv-1988-T-30MAP

**CITY OF VENICE, FLORIDA, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via Mediation Report (Dkt. #119) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within ninety (90) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 90-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2006.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1988.dismissal 119.wpd